**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK KELLETT, JOHN O'MARA, ) <br> DANIEL MURPHY, ELMO O'NEAL, ) <br> MARK MORGAN, MICHAEL JARRELL, ) <br> JAMES MURPHY, HANFORD GROSS, ) <br> JOSEPH BEETZ, and ROBERT MITCHELL ) <br> In Their Representative Capacities as Trustees ) <br> of the PLUMBERS AND PIPEFITTERS ) <br> WELFARE EDUCATION FUND, ) <br>                                                      ) <br>                    Plaintiffs            ) <br>                                                      ) <br> v.                                                  ) <br>                                                      ) <br>                                                      ) <br> PFIZER, INC., PHARMACIA CORPORATION, ) <br> AND G.D. SEARLE LLC., ) <br>                    Defendants.       ) | Civil Action No. 08-CV-03669-CRB <br><br><br> MDL #1699 <br><br> **NOTICE OF AMENDMENT** <br> **OF COUNSEL** |

## NOTICE

**PLEASE TAKE NOTICE** that due to a clerical error plaintiffs hereby amend the counsel of record in this matter to remove John O'Mara and to add Tim O'Mara.

Respectfully submitted,

    /s/ Thomas P. Cartmell
Thomas P. Cartmell    MO #45366
Thomas J. Preuss    MO #54923
Christopher L. Schnieders    MO #57725
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram    MO #23715
Benjamin A. Bertram    MO #56945
BERTRAM & GRAF, LLC
9229 Ward Parkway, Suite 225
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

| | |
|---|---|
| Michael L. Hodges | KS #09860 |

HODGES LAW FIRM
13420 Santa Fe Trail Dr.
Lenexa, KS  66215
(913) 888-7100
FAX (913) 888-7388

| | |
|---|---|
| Tim O'Mara | MO#41835 |

5770 Mexico Road
St. Peters, Missouri  63376
636.757.1700 Main
636.757.0198 Fax

| | |
|---|---|
| J. Mark Kell | MO#26413 |

5770 Mexico Road
St. Peters, Missouri  63376
636.757.1700 Main
636.757.0198 Fax

Gerald B. Taylor
THE TAYLOR LAW FIRM
7208 Fairwoods Place
Montgomery, AL  36117
334-775-1025
FAX 334-775-1022

J. Paul Sizemore
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
213-977-0211
FAX 213-481-1554

Steven R. Maher
MAHER, GUILEY AND MAHER, PA
631 West Morse Boulevard, Suite 200
Winter Park, FL  32789
407-839-0866
FAX 407-425-7958

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 5th day of August, 2008 the above and foregoing document was electronically filed, and notification of such filing was made by the Court via e-mail to all counsel electronically registered with the Court.


                                                          /s/ Thomas P. Cartmell_____
                                                          Attorney