**Loren H. Brown**
**DLA PIPER US LLP**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**
**Telephone:  (212) 835-6000**
**Facsimile:    (212) 835-6001**

**Pfizer's Liaison Counsel**

**[Additional counsel on signature page]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS PLEADING RELATES TO:<br><br>*Blue Cross and Blue Shield of Kansas, Inc., v. Pfizer Inc.,* Case No.: CV 08-3344<br><br>*Blue Cross and Blue Shield of Kansas, Inc., v. Pfizer Inc.,* Case No.: CV 08-3356<br><br>*Kellett, et al. (Plumbers and Pipefitters Welfare Education Fund) v. Pfizer Inc., et al.,* Case No.: CV 08-3668<br><br>*Kellett, et al. (Plumbers and Pipefitters Welfare Education Fund) v. Pfizer Inc., et al.,* Case No.: CV 08-3669 | **STIPULATION TO DEFER HEARING ON PFIZER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS, AND TO EXTEND INDEFINITELY THE TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINTS**<br><br>Date:        No hearing requested<br>Time:       No hearing requested<br>Courtroom:  8, Hon. Charles R. Breyer |

Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC (f/k/a and improperly captioned as G.D. Searle & Co.) (collectively "Pfizer"), and Plaintiffs Blue Cross and Blue Shield of Kansas, Inc. and Patrick Kellett et al. as Trustees of the Plumbers and Pipefitters Welfare Education Fund (collectively, "Plaintiffs") hereby stipulate as follows:

1.      Plaintiffs have each filed Complaints and Amended Complaints that seek relief for alleged economic injury similar to that alleged in the Purchase Claims Master Celebrex Complaint and the Purchase Claims Master Bextra Complaint.

2. Pfizer filed a Motion to Dismiss Plaintiffs' Complaints. That motion is set for hearing on October 31. Plaintiffs filed Amended Complaints after the Motion was filed.

3. On October 17, 2008, Pfizer announced that it has reached an agreement in principle to settle the purchase claim class actions.

4. In light of that proposed agreement, it will conserve resources of the parties and the Court to defer any consideration of the Motion to Dismiss and to defer any response by Pfizer to the Amended Complaints, pending action by the Court on the expected motion to approve the class settlement.

5. Pfizer and Plaintiffs therefore stipulate that:

    a. The Motion to Dismiss may be taken off calendar without prejudice to renewal if necessary.

    b. Pfizer need not respond to the Amended Complaints pending further order of the Court.

Dated: October 24, 2008					DLA PIPER US LLP


							By:	/s/
							      Loren H. Brown
							      Pfizer's Liaison Counsel


							Thomas P. Hanrahan
							SIDLEY AUSTIN LLP

							Attorneys for Pfizer Inc., Pharmacia Corp. and
							G.D. Searle LLC

| | | |
|---|---|---|
| 1 | Dated: October 24, 2008 | WAGSTAFF & CARTMELL LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Thomas P. Cartmell |
| 5 | | Counsel to Blue Cross and Blue Shield of Kansas, Inc. and Patrick Kellett *et al.* as Trustees of the Plumbers and Pipefitters Welfare Education Fund |
| 6 | | |

**IT IS SO ORDERED.**

Dated: __October 24, 2008_____     _____
                                       Hon. Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Charles R. Breyer]*

LA1 1273626v.1